# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00683-CV

---

**William Korioth; WTK Development, LLC; Kona Coast LLC; Guadalupe 306, LP; and Guadalupe 306 GP, LLC, Appellants**

**v.**

**Whitewater Investment Partners, LLC; Oxbow Land Partners, LLC; Hideout on the Horseshoe, LLC; Whitewater Sports, LLC; and Kona Coast Venture, LTD, Appellees**

---

### FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### NO. C2021-0823C, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellants William Korioth; WTK Development, LLC; Kona Coast LLC; Guadalupe 306, LP; and Guadalupe 306 GP, LLC, have filed a petition for permissive appeal seeking to challenge an interlocutory order denying their motion for summary judgment. (Appellees' cross motion for summary judgment was also denied, and they include conditional cross points in their brief, but they generally oppose the petition for permissive appeal.)

To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially

advance the ultimate termination of the litigation." Tex. Civ. Prac. & Rem. Code § 51.014(d); *see* Tex. R. App. P. 28.3(e)(4); Tex. R. Civ. P. 168. Because we conclude that the petition fails to establish each requirement of Rule 28.3(e)(4), we deny the petition for permissive appeal. *See* Tex. R. App. P. 28.3(e)(4).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Jones\*

Filed: May 2, 2023

\*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. See Tex. Gov't Code § 74.003(b).